UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00187-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. REGINALD FISHER,

 Defendant.

_____

**ORDER**
_____

 THIS MATTER came before the Court on a status conference on Thursday, May 24, 2007.  In accordance with my rulings at the conference, it is

 ORDERED that the Unopposed Government Motion for an Ends of Justice Continuance and Excludable Time on Grounds of Complexity Pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(ii), filed May 16, 2007 (docket #16) is **GRANTED**.  I find, for the reasons stated in the Government's motion and on the record, that this case is complex within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).  Accordingly, I find that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  In light of the complexity of this case, I find that the ends of justice served by a continuance of the trial date outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).  It is

FURTHER ORDERED that the deadlines established by the Speedy Trial Act are **CONTINUED** for a period of seventy one (71) days commencing May 24, 2007. It is

FURTHER ORDERED that the trial set to commence Monday, June 9, 2007, and the final trial conference set for Monday June 18, 2007, as well as all pre-trial deadlines set pursuant to this Court's Order of May 16, 2007 are **VACATED**. It is

FURTHER ORDERED that counsel shall meet and confer and shall file a proposed case management order, setting forth the parties' proposed deadlines for the briefing of all pre-trial motions EXCEPT for motions relating to wiretaps used to obtain evidence which the Government proposes to use in this case, on or before **Wednesday, July 25, 2007**. It is

FURTHER ORDERED that a status conference shall take place on **Friday, August 3, 2007, at 2:00 p.m.**

Dated: May 30, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge