UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REGINALD FISHER,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the Status Conference, which took place Friday, August 3, 2007, at 2:00 p.m. Based on the Status Report filed by the United States, as well as the discussion that took place on the record during the hearing, it is hereby

    ORDERED that Defendant shall file any motions attacking the face of the indictment on or before **Friday, September 28, 2007**, and the United States shall file responses to such motion on or before **Friday, October 19, 2007**. It is

    FURTHER ORDERED that Defendant may commence filing motions for discovery on **Friday, September 28, 2007**. It is

    FURTHER ORDERED that the United States shall file as detailed a <u>James</u> proffer as is possible on or before **Friday, September 28, 2007**, and Defendant shall have to and including **Friday, October 19, 2007**, to file a response to the proffer. It is

FURTHER ORDERED that the parties shall file a motion requesting that the Court set an additional status conference in this matter, as appropriate.

Dated: August 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge