**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | October 12, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Darlene Martinez | | |

_____

Criminal Case No.  **07-cr-00187-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Guy Till
                                               Susan D. "Zeke" Knox
         Plaintiff,

v.

**1. REGINALD FISHER**,                        Peter R. Bornstein

         Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON DEFENDANT'S MOTION TO RESCIND DECLARATION OF COMPLEXITY AND TO SET CASE FOR TRIAL**

**10:11 a.m.**   Court in Session - Defendant present (in-custody)

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

         Defendant's Motion to Join and Adopt (#68 - 10/10/07) is raised for argument.

10:12 a.m.   Argument by Government (Mr. Till).

10:13 a.m.   Argument by Defendant (Mr. Bornstein).

10:19 a.m.   Argument by Government (Ms. Till).

Judge Wiley Y. Daniel
07-cr-00187-WYD - Courtroom Minutes

**ORDERED:** Defendant's Motion to Join and Adopt (#68 - 10/10/07) is **GRANTED.**

Defendant's Motion to Rescind Declaration of Complexity and to Set Case for Trial (#60 - 10/4/07) is raised for argument.

10:25 a.m.    Argument by Defendant (Mr. Bornstein).

10:28 a.m.    Argument by Government (Mr. Till).

**ORDERED:** Defendant's Motion to Rescind Declaration of Complexity and to Set Case for Trial (#60 - 10/4/07) is **DEFERRED.**

**ORDERED:** Government shall respond to Defendant's Motion to Suppress not later than **Friday, November 2, 2007.**

**ORDERED:** Defendant shall reply not later than **Tuesday, November 13, 2007.**

**ORDERED:** A hearing on Defendant's Motion to Suppress is set for **Tuesday, December 11, 2007, at 11:00 a.m.**

Defendant's Motion 404(b) (#58 - 10/3/07) is raised for argument.

10:36 a.m.    Argument by Government (Mr. Till).

**ORDERED:** Defendant's Motion 404(b) (#58 - 10/3/07) is **GRANTED.**

**ORDERED:** Government shall file 404(b) notice not later than **Friday, November 2, 2007.**

10:38 a.m.    Discussion regarding Government's Proffer in Support of Admissibility of Co-Conspirator Statements.

Government's Motion for Order to Provide Exemplars (#63 - 10/5/07) is raised for argument.

10:39 a.m.    Argument by Defendant (Mr. Bornstein).

10:41 a.m.    Argument by Government (Mr. Till).

10:49 a.m.    Argument by Defendant (Mr. Bornstein).

Judge Wiley Y. Daniel
07-cr-00187-WYD - Courtroom Minutes

**ORDERED:**   Government's Motion for Order to Provide Exemplars (#63 - 10/5/07) is **GRANTED.**

**ORDERED:**   Government shall use exemplars for case specific matters in this case only.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**10:52 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:41**