UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REGINALD FISHER,

    Defendant.

_____

ORDER TO PROVIDE VOICE EXEMPLARS
_____

THE COURT has reviewed the government's Motion for an Order to Provide Exemplars, filed pursuant to Title 28 U.S.C. § 1651, the All Writs Act, and Fed. R. Crim. P. 16, compelling defendant REGINALD FISHER to provide voice exemplars at the direction of government staff after reasonable notice to defense counsel of record.

The Court is familiar with the record in this case. If this matter proceeds to trial, it is anticipated that intercepted telephone conversations may be introduced during the course of the trial. Rule 16 and the All Writs Act, Title 28 U.S.C. § 1651, grant the Court authority to compel a defendant to give such physical evidence. See United States v. Li, 55 F.3d 325 (7th Cir. 1995) (All Writs Act gave court power to order handwriting exemplar).

The Court finds that the above-named defendant is without constitutional right to refuse to provide such exemplars. United States v. Dionisio, 410 U.S. 1, 5-6

-1-

(1973)(grand jury witnesses properly required to read transcripts to provide voice exemplars); United States v. Wade, 38 U.S. 218 (1967)(proper to require suspect to be present and to speak at lineup for purposes of identification).  See United States v. Delaplane, 778 F.2d 570, 574 (10th Cir. 1985)(voice exemplars were properly admitted into evidence at trial).

THE COURT, being sufficiently advised in the premises, finds and concludes that the government's motion shall be **GRANTED**.  The government may employ the services of a technician using video and audio recording equipment to record the voice exemplar sessions.  In the event that the defendant is in custody, the defendant shall be brought to the U.S. Marshal's office located at the United States Courthouse for the District of Colorado at the request of the United States Attorney's Office and a voice exemplar recording session shall be conducted, after notice to the defense attorney of record, in facilities appropriate for such purposes within the Courthouse complex. If the defendant is released on bond, the voice exemplar recording session may be at the office of the United States Attorney, and the parties shall schedule the voice exemplar recording session by agreement.  The material to be read aloud by the defendant for the purposes of providing the voice exemplar will be provided to the defendant by government staff at the exemplar recording session.  Counsel of record or an associate shall have the opportunity to be present during the exemplar recording session if counsel chooses to be present.

Dated: November 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge