IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                          JUDGE WILEY Y. DANIEL
_____

Date:              December 11, 2007       Prob./Pret.:   N/A
Courtroom Deputy:  Robert R. Keech         Interpreter:   N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No. **07-cr-00187-WYD**       Counsel:

UNITED STATES OF AMERICA,                   Susan D. "Zeke" Knox

      Plaintiff,

v.

**1. REGINALD FISHER**,                     Peter R. Bornstein

      Defendant.

_____

                             **COURTROOM MINUTES**
_____

**HEARING ON PENDING MOTIONS**

**11:36 a.m.**    Court in Session - Defendant present (in-custody)

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

                  Defendant's Motion to Suppress (#59 - 10/3/07) is raised for argument.

11:37 a.m.        Argument by Government (Ms. Knox).

11:39 a.m.        Argument by Defendant (Mr. Bornstein).

11:41 a.m.     Government's witness **Jimmy Bath** sworn.

                Direct examination by Government (Ms. Knox).

11:56 a.m.     Cross examination by Defendant (Mr. Bornstein).
                *EX ID:*     *A*

**12:11 p.m.**     Court in Recess

**1:53 p.m.**     Court in Session

                Government's witness **Jimmy Bath** resumes.

                Cross examination by Defendant continues (Mr. Bornstein).
                *EX ID:*     *A*

2:18 p.m.     Re-Direct examination by Government (Ms. Knox).

2:19 p.m.     Re-Cross examination by Defendant (Mr. Bornstein).
                *EX ID:*     *A*

**Exhibit/s A RECEIVED.**

2:22 p.m.     Government's witness **Anthony Tak** sworn.

                Direct examination by Government (Ms. Knox).
                *EX ID:*     *6, 5*

**Exhibit/s 6, 5 RECEIVED.**

2:43 p.m.     Cross examination by Defendant (Mr. Bornstein).

2:57 p.m.     Re-Direct examination by Government (Ms. Knox).

**2:58 p.m.**     Court in Recess

**3:39 p.m.**     Court in Recess

3:40 p.m.     Government's witness **Glenn Mahr** sworn.

                Direct examination by Government (Ms. Knox).

Judge Wiley Y. Daniel
07-cr-00187-WYD - Courtroom Minutes

| | |
|---|---|
| 3:47 p.m. | Cross examination by Defendant (Mr. Bornstein). |
| 3:59 p.m. | Re-Direct examination by Government (Ms. Knox). |
| 4:02 p.m. | Re-Cross examination by Defendant (Mr. Bornstein). |
| 4:05 p.m. | Government's witness **Brock Ellerman** sworn. |
| | Direct examination by Government (Ms. Knox). |
| 4:12 p.m. | Cross examination by Defendant (Mr. Bornstein). |
| 4:17 p.m. | Re-Direct examination by Government (Ms. Knox). |
| 4:18 p.m. | Re-Cross examination by Defendant (Mr. Bornstein). |
| 4:18 p.m. | Government rests. |
| 4:19 p.m. | Argument by Defendant (Mr. Bornstein). |
| 4:22 p.m. | Argument by Government (Ms. Knox). |
| 4:26 p.m. | Argument by Defendant (Mr. Bornstein). |
| **ORDERED:** | Defendant's Motion to Suppress (#59 - 10/3/07) is **TAKEN UNDER ADVISEMENT.** |
| | Defendant's Motion to Rescind Declaration of Complexity and to Set Case for Trial (#60 - 10/3/07) is raised for argument. |
| 4:30 p.m. | Argument by Government (Ms. Knox). |
| 4:32 p.m. | Argument by Defendant (Mr. Bornstein). |
| 4:35 p.m. | Argument by Government (Ms. Knox). |
| **ORDERED:** | Defendant's Motion to Rescind Declaration of Complexity and to Set Case for Trial (#60 - 10/3/07) is **DEFERRED.** |
| 4:37 p.m. | Discussion regarding progress of analysis of voice exemplars. |

Judge Wiley Y. Daniel
07-cr-00187-WYD - Courtroom Minutes

**ORDERED:** Analysis of voice exemplars shall be completed not later than **Friday, January 11, 2008.**

**ORDERED:** Government shall file a pleading regarding analysis of voice exemplars not later than **Friday, January 25, 2008.**

**ORDERED:** Defendant shall respond to Government's submission not later than **Friday, February 1, 2008.**

4:44 p.m. Discussion regarding 404(b) issues and the filing of additional motions.

**ORDERED:** Any additional motions shall be filed not later than **Friday, January 4, 2008.**

**ORDERED:** Responses to motions shall be filed not later than **Friday, January 18, 2008.**

**ORDERED:** Defendant is **REMANDED** into the custody of the U.S. Marshal.

**4:47 p.m.** Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 2:49**